IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOHNNY LEE MADISON, JR., ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: CV506-59 |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

## ORDER

By Order dated April 13, 2007, Plaintiff was allowed a period of fifteen (15) days from the date of that Order to show good cause why his brief had not been filed as directed in this Court's Orders dated December 1, 2006, and February 12, 2007. The April 13, 2007, Order also advised Plaintiff that his failure to establish such good cause would result in the dismissal of the complaint without prejudice. Plaintiff has filed no response to said Order.

Accordingly, Plaintiff's complaint is **DISMISSED**, without prejudice.

SO ORDERED, this 15th day of May, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)