# United States District Court
## Southern District of Georgia

JOHNNY LEE MADISON, JR.
                Plaintiff

JUDGMENT IN A CIVIL CASE

                V.                CASE NUMBER: CV506-059

JO ANNE B. BARNHART, Commissioner of
Social Security
                Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of May 15, 2007, dismissing Plaintiff's complaint without prejudice; Judgment is hereby entered. This action stands closed.

May 16, 2007
Date

Scott L. Poff
Clerk

*Mary Anne Hill*
(By) Deputy Clerk